445 A.2d 105

**ESTATE OF Rev. Stanislas A. DREIER, Deceased.**

**Appeal of Edmund DREIER.**

**No. 80-3-577.**

Supreme Court of Pennsylvania.

Argued April 20, 1982.

Decided May 19, 1982.

Elliot B. Edley, Edwardsville, Allen T. Reishtein, Wilkes-Barre, for appellant.

Conrad Falvello, Sugarloaf, for Msgr. Piorkowski.

Paula Garrety, Harrisburg, Michael J. Hudacek, Plymouth, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### DECREE

PER CURIAM.

Decree affirmed. Each party pay own costs.